**AKIN GUMP STRAUSS HAUER & FELD LLP**
SUSAN K. LEADER (SBN 216743)
ALI R. RABBANI (SBN 253730)
JOSHUA A. RUBIN (SBN 308421)
sleader@akingump.com
arabbani@akingump.com
rubinj@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Telephone:   310-229-1000
Facsimile:    310-229-1001

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYD COMPANY LTD and GLOBAL HEALTHCARE PRODUCT SOLUTIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ALEXANDER KHAZAI, AARON ARREDONDO, JAMES VAUGHN, DRIPSTONE LLC, ROBERTO BANKE, and DOES 1-10,<br><br>Defendants. | Case No. 2:20-cv-05530-DMG-AGRx<br><br>[Judge: Hon. Dolly M. Gee]<br><br>**DECLARATION OF JENNIFER SHAGENSKY IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION**<br><br>Date Action Filed:  June 22, 2020 |

I, Jennifer Shagensky, declare as follows:

1. I am a resident of the State of Connecticut, over the age of 18, and competent to make this declaration. I could and would testify as to the matters set forth herein, if called upon to do so.

2. I am a Business Manager at Progressive Animal Wellness ("PAW").

3. On approximately May 21, 2020, I visited DripstoneLLC.com and ordered what I believed to be BYD KN95 masks from a company called Dripstone, LLC ("Dripstone") which were going to be used by PAW. Attached hereto as **Exhibit 1** is a true copy of the order confirmation I received from Dripstone.

4. When I received the masks I ordered from Dripstone, I suspected that they were counterfeit, based on the way the masks were packaged.

5. On May 28, 2020, I emailed BYD, attaching photographs of the masks that I received from Dripstone. Attached hereto as **Exhibit 2** is a true and correct copy of the email I sent to BYD, which contained the photographs of the masks.

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th Day of June, 2020 at West Hartford, Connecticut

                                         (City)           (State)

Respectfully submitted,

*Jennifer Shagensky*

JENNIFER SHAGENSKY

1
DECLARATION OF JENNIFER SHAGENSKY IN SUPPORT OF PLAINTIFFS' MOTION FOR A
TEMPORARY RESTRAINING ORDER AND TO SHOW CAUSE FOR PRELIMINARY