# Exhibit 1

From: **Dripstone** <support@dripstonellc.com>
Date: Thu, May 21, 2020 at 11:36 PM
Subject: Dripstone - Order 2374
To: ▇@myprogressivevet.com>



Thank you for your interest in Dripstone products. Your order has been received and will be processed once payment has been confirmed.

To view your order click on the link below:

https://www.dripstonellc.com/index.php?route=account/order/info&order_id=2374

| Order Details | |
|---|---|
| **Order ID:** 2374<br>**Order Date:** 05/21/2020<br>**Payment Method:** Credit or Debit Card<br>**Shipping Method:** Free Shipping | **E-mail:** ▇@myprogressivevet.com<br>**Telephone:** ▇<br>**IP Address:**<br>**Order Status:** Processing |
| **Payment Address** | **Shipping Address** |
| Jennifer Shagensky | Jennifer Shagensky |

| Product | Model | Quantity | Price | Total |
|---|---|---|---|---|
| FDA approved BYD KN95 Particulate Respirator Face Mask (10 pieces) | BYD-DG3101 | 1 | $49.99 | $49.99 |
| | | | Sub-Total: | $49.99 |
| | | | Free Shipping: | $0.00 |

| | **Total:** | $49.99 |
|---|---|---|

Please reply to this e-mail if you have any questions.