# Exhibit 2

**From:** Jennifer Shagensky [mailto:jen@myprogressivevet.com]
**Sent:** Thursday, May 28, 2020 11:54 AM
**To:** bydcare@byd.com
**Subject:** Conterfeit KN95 using BYD name

Hello,

I recently ordered some KN95 masks purported to be BYD brand from <u>Dripstonellc.com</u>. I suspect they are counterfeit, but wondering if you could verify that based on the packaging (pictures below). I would be delighted if you said this was an alternate packaging that you are currently offering however I suspect that is not the case. If it's not I thought you might like to know that there are people out there trying to profit from BYDs good name and FDA standing.  An image search revealed that Dripstone is not the only vendor currently selling these masks under your name.

Sincerely,

Jennifer Shagensky





