**AKIN GUMP STRAUSS HAUER & FELD LLP**
SUSAN K. LEADER (SBN 216743)
ALI R. RABBANI (SBN 253730)
JOSHUA A. RUBIN (SBN 308421)
sleader@akingump.com
arabbani@akingump.com
rubinj@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Telephone:   310-229-1000
Facsimile:   310-229-1001

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYD COMPANY LTD and GLOBAL HEALTHCARE PRODUCT SOLUTIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ALEXANDER KHAZAI, AARON ARREDONDO, JAMES VAUGHN, DRIPSTONE LLC, ROBERTO BANKE, and DOES 1-10,<br><br>Defendants. | Case No. 2:20-cv-05530-DMG-AGRx<br><br>[Judge: Hon. Dolly M. Gee]<br><br>**DECLARATION OF BOB SMOLEY IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION**<br><br>Date Action Filed: June 22, 2020 |

I, Bob Smoley, declare as follows:

1. I am over the age of 18 and competent to make this declaration. I could and would testify as to the matters set forth herein, if called upon to do so.

2. I am the founder and CEO for the company Care Provider Network, LLC, which is located in Florida and New Jersey. Care Provider Network is a BYD customer.

3. On or about June 15, 2020 a buyer who I work with received a video from Roberto Banke that was self-described by Banke as a "proof of life" video. A true and correct copy of the video that this Buyer received from Banke is attached hereto as **Exhibit 1.**

4. In the video, Banke stated, "Here we have our products of the N95 BYD," and the camera then pans to reveal hundreds of boxes containing masks, which are labeled as "N95" and affixed with both the BYD and BYD Care trademark and logos, as shown in the below screenshots from the video. Banke then states on camera that he "ha[s] plenty of inventory left" and "we look forward to doing business with you."

5. I was confused by this video and the use of the BYD and BYD Care trademarks in the video. I did not know if Banke was an authorized BYD N95 respiratory mask broker or whether the masks in the video might be authentic BYD products.

6. The next day, I forwarded the video to my contact at BYD.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 22, 2020

Respectfully submitted,

Bob Smoley

DECLARATION OF BOB SMOLEY IN SUPPORT OF PLAINTIFF BYD COMPANY LIMITED'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND TO SHOW CAUSE FOR PRELIMINARY INJUNCTION
CASE NO. [_____]