1
2
3
4
5
6

**AKIN GUMP STRAUSS HAUER & FELD LLP**
SUSAN K. LEADER (SBN 216743)
ALI R. RABBANI (SBN 253730)
JOSHUA A. RUBIN (SBN 308421)
sleader@akingump.com
arabbani@akingump.com
rubinj@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Telephone:    310-229-1000
Facsimile:    310-229-1001

7

Attorneys for Plaintiffs

8

9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11

12
13

BYD COMPANY LTD and GLOBAL HEALTHCARE PRODUCT SOLUTIONS, LLC,

14

Plaintiffs,

15

v.

16
17
18

ALEXANDER KHAZAI, AARON ARREDONDO, JAMES VAUGHN, DRIPSTONE LLC, ROBERTO BANKE, and DOES 1-10,

Defendants.

19
20
21

Case No. 2:20-cv-05530-DMG-AGRx

[Judge:  Hon. Dolly M. Gee]

**DECLARATION OF GELIANG ZHAO IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION**

Date Action Filed:  June 22, 2020

22
23
24
25
26
27
28

DECLARATION OF JENNIFER SHAGENSKY IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION

I, Geliang Zhao, declare as follows:

1.      I am a resident of the State of California; over the age of 18; and competent to make this declaration.  I could and would testify as to the matters set forth herein, if called upon to do so.

2.      I am President of T&G Trading Company, located in Cerritos, California. For the past several weeks, T&G Trading Company has been in discussions with BYD regarding purchasing certain products from BYD.

3.      Beginning on around June 8, 2020, I began receiving multiple WhatsApp messages from Alexander Khazai ("Khazai").  In these messages, Khazai was offering to sell T&G what appeared to by boxes of BYD-branded N95 masks.  Attached hereto as **Exhibit 1** are true and correct screen shots of the messages and photographs I received from Khazai.

4.      Beginning on June 8 and continuing over the course of several weeks, Khazai sent me five different videos via WhatsApp.  These videos depicted boxes full of BYD-branded N-95 respirator masks.  Attached hereto as **Exhibits 2, 3, 4, 5 and 6** are true and correct copies of the videos that Khazai sent me via WhatsApp.

5.      After receiving these messages and videos from Khazai, I was confused and thought that Khazai might be in possession of authentic BYD masks, so I forwarded the messages and photographs I received from Khazai to a representative of BYD.

6.      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th Day of June, 2020 at Los Angeles, California

_____

Geliang Zhao

DECLARATION OF GELIANG ZHAO IN SUPPORT OF PLAINTIFFS' EX PARTE
APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION AGAINST DEFENDANTS
2:20-cv-5530
- 1 -