# Exhibit 2

**[Exhibit Sent by Overnight Mail to Chambers, per request of the clerk.]**