# Exhibit 2

**From:** "Pal, Alex⬛⬛⬛ ⬛⬛⬛@CalOES.ca.gov>
**Date:** Friday, May 22, 2020 at 9:39 AM
**To:** John Zhuang ⬛⬛⬛@byd.com>
**Cc:** "Bollinger, Jennifer⬛⬛⬛" ⬛⬛⬛@caloes.ca.gov>
**Subject:** FW: N95 NIOSH MASKS IN USA NOW

Hi John,

Per our call this morning, here is the email and spec sheet from an individual representing that he is selling NIOSH approved BYD masks  (See bottom of page two attached).

Alex J. Pal
Chief Counsel
Governor's Office of Emergency Services (Cal OES)
⬛⬛⬛
⬛⬛⬛
Office: (916) ⬛⬛⬛
Cell: (916) ⬛⬛⬛
Emergency: (916) ⬛⬛⬛
www.caloes.ca.gov



CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use, forwarding, or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** James ⬛⬛⬛@gmail.com>
**Sent:** Thursday, May 21, 2020 10:55 PM
**Subject:** N95 NIOSH MASKS IN USA NOW

**CAUTION:** This email originated from a NON-State email address. Do not click links or open attachments unless you are certain of the sender's authenticity.

Hello,

We have 10 Million NIOSH N95 Masks in the US now available for a spot buy or shipping worldwide.

Spec sheets included. Price is $4.25 per mask. MOQ is 1,000,000.

Please let me know your interest.

James Vaughn

516-█████████