# Exhibit 3

# N95 Healthcare
# Particulate Respirator (Surgical Mask)

Foldable   Non-sterile





- Very close facial **fit**
- ≥ **95%** filtrations efficiency against solid and liquid aerosols free of oil.



*Picture is for reference only, actual product may have differences.

## Description

The N95 Healthcare Particulate Respirator (Surgical Mask) is designed to help provide respiratory protection for the user. This product has a filter efficiency of 95% or greater against solid and liquid aerosols free of oil.
This product contains no components made from natural rubber latex.

## Use instructions

- Suitable for protecting the mouth, nose, and chin to airborne particles, and block liquid aerosols, blood, body fluids, and secretions.
- For adult use only
- Do not wash.
- Store in a cool, dry, clean place away from fire and contamination.
- Store between -20°C and 38°C (-4°F and 100°F) with relative humidity below 80%.
- Expiration date: 2 years after production

### 3-Step check before use

1. Do not use if the packaging has been opened or damaged.
2. Check if the elastic bands are in good condition and are not damaged.
3. Check that the metallic strip is not broken.

## Wearing instructions

1. Unfold the mask and hold it with both hands, with the metallic strip facing up.
2. Place elastic bands around the neck and head respectively. Put the mask against your face covering both nose and mouth.
3. Adjust the metallic strip over the bridge of the nose by using two fingers to press down until achieving a close fit.
4. Perform a fit test according to instructions.



## Fit test

1. Place both hands over the mask.
2. Take a deep breath and hold your breath for a few seconds, making sure the mask collapses inward as you inhale.
3. Then exhale and hold your breath for a few seconds, making sure the mask bulges outward as you exhale.
4. If air leaks, reposition the mask, tighten the metallic strip and reposition the elastic bands for a better fit. Follow steps 1-3 again until a tight seal has been achieved.
5. Masks that have passed the fitting test are now safe to use.
6. Facial hair or other facial features may prevent the mask from achieving a proper fit. If a tight seal is not achievable, please DO NOT use this product.
7. If you experience difficulty breathing, dizziness, or other symptoms, leave the contaminated area immediately.

# N95 Healthcare
## Particulate Respirator (Surgical Mask)

Foldable  Non-sterile



## Specifications



- **Outer layer** Polypropylene spunbond nonwoven fabric (for surgical use)
- **Nose clip** Aluminum
- **Elastic bands** Polyester/nylon spandex blend
- **Middle layer 1** Polypropylene melt-blown nonwoven (for surgical use)
- **Middle layer 2** Hot air cotton
- **Inner layer** Polypropylene spunbond nonwoven fabric (for surgical use)
- Polypropylene spunbond nonwoven fabric (for surgical use)
- Hot air cotton
- Polypropylene melt-blown nonwoven (for surgical use)
- Polypropylene spunbond nonwoven fabric (for surgical use)

| Name | Parameter |
| --- | --- |
| Product name | N95 Healthcare Particulate Respirator (Surgical Mask) |
| Main materials | Inner layer: polypropylene spunbond nonwoven fabric (for surgical use); Middle layer: polypropylene melt-blown nonwoven (for surgical use) + hot air cotton; Outer layer: polypropylene spunbond nonwoven fabric (for surgical use); Elastic bands: polyester/nylon spandex blend; Nose clip: aluminum |
| Product model | DE2322 |
| Packaging specification | 1pc/bag; 20pcs/box; 960pcs/case |

Latex-Free

## WARNINGS

1. The mask does not eliminate the risk of contracting any disease or infection.
2. Improper use may lead to illness and even death.
3. Use this product immediately after the package is opened.
4. DO NOT sleep while wearing the mask.
5. Avoid hand contact within the interior part of the mask.
6. DO NOT use masks if they expired.
7. For one-time use only. Dispose the mask according to regulations.
8. DO NOT use if the package is damaged.

## Time use limitation

If the mask becomes damaged, soiled, or breathing becomes difficult, leave the contaminated area and replace and refit the new mask.

## Important notice

To the extent permitted by law, BYD shall not be liable for any loss or damage including any loss of business, loss of profits, or for any indirect, special, incidental or consequential loss or damage arising from reliance upon any information herein provided by BYD.
Nothing in this statement will be deemed to exclude or restrict BYD's liability for death or personal injury arising from its negligence.

## Approval and Standard

GB 19083-2010 standard      EN 14683 Type IIR       



sales@cardintegrators.com
cardintegrators.com
(800) 599-7385