# Exhibit 4



# Complaint Referral Form
## Internet Crime Complaint Center

### Victim Information

|  |  |
|---|---|
| Name: | John Zhuang |
| Are you reporting on behalf of a business? | Yes |
| Business Name: | BYD North America Group |
| Is the incident currently impacting business operations? | Yes |
| Age: | 30 - 39 |
| Address: | ▇▇▇▇▇▇▇▇▇▇▇▇ |
| Address (continued): | ATTN: John Zhuang, Esq. |
| Suite/Apt./Mail Stop: |  |
| City: | Los Angeles |
| County: | Los Angeles County |
| Country: | United States of America |
| State: | California |
| Zip Code/Route: | ▇▇▇▇ |
| Phone Number: | 213▇▇▇▇▇▇ |
| Email Address: | ▇▇▇▇▇▇▇@byd.com |
| Business IT POC, if applicable: |  |
| Other Business POC, if applicable: |  |

### Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Officer:

I represent BYD North America Group ("BYD"), which sells critical FDA-approved medical masks, KN95 respirators, hand sanitizers, and contactless thermometers in the United States in an effort to help our nation's battle against COVID-19 ("Products"). Through our efforts in this area, our brand has received nation-wide recognition as a major producer of quality Products. Disappointedly, we recently discovered an unauthorized seller who is selling counterfeit versions of our Products in the United States. Our customer, the State of California, forwarded us an email from this unauthorized seller. Upon review, the communications appears to be clearly designed to deceive the buyer. The e-mail is sent from a gmail account and not a byd.com email address. The e-mail offers to sell to California "BYD N95 masks". BYD currently does not sell N95 masks in the United States. Furthermore, BYD does not sell our products through distributors in the United States. We are deeply concerned that this unauthorized seller is placing counterfeit BYD Products -- including personal protective equipment -- in to the market place in the United States. We are extremely fearful that this illegal conduct may cause harm to Americans during this time of

crisis. For this reason, we ask for your prompt assistance regarding this matter. Please do not hesitate to contact me should you require additional follow-up.

Very truly yours,
John Zhuang, Esq.
Corporate Counsel
BYD North America Group

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☒ Other     Please specify: Offer to sell counterfeit
                                              goods

Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.

Originals should be retained for use by law enforcement agencies.

**Information About The Subject(s) Who Victimized You**

| | |
|---:|:---|
| Name: | John Zhuang, Esq. |
| Business Name: | BYD North America Group |
| Address: | ■■■■■■■■ |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Los Angeles |
| Country: | United States of America |
| State: | California |
| Zip Code/Route: | ■■■■ |
| Phone Number: | 213■■■■ |
| Email Address: | ■■■■■■■@byd.com |
| Website: | byd.com |
| IP Address: | |

**Other Information**

If an email was used in this incident, please provide a copy of the entire email including full email headers.

From: "Pal, Alex■■■■■■■■■■■■@CalOES.ca.gov>
Date: Friday, May 22, 2020 at 9:39 AM
To: John Zhuang <■■■■■■■@byd.com>
Cc: "Bollinger, Jennifer■■■■■■■■■■■■■■■■@caloes.ca.gov>
Subject: FW: N95 NIOSH MASKS IN USA NOW

Hi John,

Per our call this morning, here is the email and spec sheet from an individual representing that he is selling NIOSH approved BYD masks (See bottom of page two attached).

Alex J. Pal
Chief Counsel
Governor's Office of Emergency Services (Cal OES)
████████████████
████████████████
Office: (916) ███████
Cell: (916) ███████
Emergency: (916) ███████
www.caloes.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use, forwarding, or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

From: James ███████@gmail.com>
Sent: Thursday, May 21, 2020 10:55 PM
Subject: N95 NIOSH MASKS IN USA NOW

CAUTION: This email originated from a NON-State email address. Do not click links or open attachments unless you are certain of the sender's authenticity.

Hello,
We have 10 Million NIOSH N95 Masks in the US now available for a spot buy or shipping worldwide. Spec sheets included. Price is $4.25 per mask. MOQ is 1,000,000.
Please let me know your interest.
James Vaughn
516-███████

Are there any other witnesses or victims to this incident?

Alex J. Pal
Chief Counsel
Governor's Office of Emergency Services (Cal OES)
████████████████
████████████████
Office: (916) ███████
Cell: (916) ███████
Emergency: (916) ███████
www.caloes.ca.gov

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

[No response provided]

☐ Check here if this an update to a previously filed complaint:

### Who Filed the Complaint

Were you the victim in the incident described above? Yes

### Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: John Zhuang, Esq.

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. **This is the only time you will have to make a copy of your complaint.**